JONATHAN G. GABRIEL, ESQ. (SBN 140381)
DAVID S. MAYES, ESQ. (SBN 207173)
GABRIEL LAW GROUP, PC
Attorneys for Plaintiff,
PAYMENTWORLD, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PAYMENTWORLD, LLC a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PREPAID VENTURES, LTD., PPV HOLDING, LLC, and PPV MERCHANT SOLUTIONS, LLC, d/b/a CapX Payments; and DOES 1-10, Inclusive<br><br>Defendants. | **DECLARATION OF ROMAN BALANKO IN SUPPORT OF PAYMENTWORLD, LLC'S MOTION TO QUASH SUBPOENA *DUCUS TECUM*** |

## DECLARATION OF ROMAN BALANKO IN SUPPORT OF

## MOTION TO QUASH SUBPOENA *DUCUS TECUM*

I, ROMAN BALANKO, declare:

　　1.　　I am the Chief Executive Officer (CEO) of Payment World, LLC, the moving party herein. The matters set forth herein are based upon

are stated to be based upon information and belief. If called to testify herein, I could and would competently testify thereto.

2.     PaymentWorld, LLC is in the business of providing merchant processing services for its clients. It has been in business since 2010.

3.     Recently, PaymentWorld, LLC was served with a subpoena *duces tecum* by Prepaid Ventures, Ltd., PPV Holdings, LLC and PPV Merchant Solutions, LLC ("PPV") It is my understanding that PPV is also in the merchant processing business, making it one of PaymentWorld, LLC's direct competitors.

4.     Due to the breadth of the requests in the subpoena, compliance with the subpoena will necessarily require PaymentWorld to produce confidential and sensitive business information, including confidential discussions with agents and merchants including their contact information, proprietary contracts including confidential pricing, application forms, due diligence requirements, banking information including payouts and rates, underwriting evaluation/information and analysis, tax identification numbers.

5.     All of the above information, if disclosed, would provide a tremendous advantage to a direct competitor of PaymentWorld and, conversely, put PaymentWorld at a distinct competitive disadvantage.

I declare under penalty of perjury and the laws of the United States that he foregoing is true and correct.

Executed on this 28th day of March, 2019 at Irvine, California.

Roman Balanko, Declarant

2

**DECLARATION OF ROMAN BALANKO**